In the United States District Court for the
Western District of North Carolina
Statesville Division
Civil Action No. 5:24-cv-00185-GCM

| | |
|---|---|
| Taneisha Collins, o/b/o J.K.S., Plaintiff, <br><br> v. <br><br> Carolyn Colvin, Acting Commissioner of Social Security, Defendant. | Order Re: Plaintiff's Consent Petition for Attorney Fees Under the Equal Access to Justice Act 28 U.S.C. § 2412 |

**THIS MATTER** comes before the Court on Plaintiff's Consent Motion for Attorney Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 and supporting exhibits. Plaintiff indicates that Defendant has consented to this Motion, and Defendant has not objected to the requested fees and the time for doing so has expired. (*Id*.). Having reviewed the Motion, supporting exhibits, and the case file, the Court determines that Plaintiff should be awarded attorney fees under EAJA, 28 U.S.C. § 2412(d), in the amount of $4,000.00.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Attorney Fees is GRANTED. The Court will award attorney fees in the amount of $4,000.00, and pursuant to Astrue v. Ratliff, 560 U.S. 586 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. The Commissioner will determine whether Plaintiff owes a debt to the United States. If so, that debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the United States Department of the Treasury reports to the Commissioner that the Plaintiff does not owe any debt, the Government will exercise its discretion and honor an assignment of EAJA fees and pay those fees directly to

the Plaintiff's counsel. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

Signed: January 8, 2025

Graham C. Mullen
United States District Judge